IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 7:11-CV-241-FL

| | | |
|---|---|---|
| KAMAL G. ABULSAAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RELIABLE AND LOYAL MANAGEMENT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court upon plaintiff's motion to reverse amendment to case management order (DE #30). The court by order dated November 30, 2012, granted defendant's motion to amend case management order, extending the deadline to designate expert witnesses to December 31, 2012, and extending discovery for sixty days, to January 29, 2013, for the purpose of conducting discovery regarding such experts. Upon review of the motion and response, the court does not find good cause to alter the court's prior order. Accordingly, the motion is DENIED.

SO ORDERED, this the 8th day of January, 2013

_____
LOUISE W. FLANAGAN
United States District Judge