UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| KAMAL G. ABULSAAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:11-CV-241-FL |
| | ) | |
| RELIABLE AND LOYAL | ) | |
| MANAGEMENT (RLM), | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment and the memorandum and recommendation of the United States Magistrate Judge to which plaintiff timely objected and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 12, 2013, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 13, 2013, and Copies To:**

Joel Glaser (via CM/ECF Notice of Electronic Filing)
Phillip J. Strach (via CM/ECF Notice of Electronic Filing)
Kamal G. Abulsaad (via U.S. Mail) 115 Koonce Circle, Jacksonville, NC 28540

September 13, 2013          JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk